UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHELLE STONE O/B/O N.B.S.,      Hon. Andrew T. Baxter
Plaintiff,

      Civil Action No. 13-1205

v.

COMMISSIONER OF SOCIAL SECURITY,     CONSENT ORDER TO REMAND
      PURSUANT TO SENTENCE 4 OF
      42 U.S.C. § 405(g)
Defendant.
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) to reconsider whether Plaintiff was disabled under the Act between November 9, 2010, the date the application was filed, and March 21, 2012, the date of the Administrative Law Judge's (ALJ's) decision.

AND, the Court having reviewed the record in this matter;

IT IS on this 13th day of   May   , 2014;

SO ORDERED.

                _____
                ~~ANDREW T. BAXTER~~ Frederick J. Scullin, Jr.
                Senior United States ~~Magistrate~~ Judge
                District

The undersigned hereby consent to the form and entry of the within order.

        RICHARD S. HARTUNIAN
        United States Attorney

BY:   */s/ Graham Morrison*
        Graham Morrison
        Special Assistant United States Attorney
        Attorney for Defendant
        c/o Social Security Administration
        26 Federal Plaza, Room 3904
        New York, New York 10278

(212) 264-2491
graham.morrison@ssa.gov

STANLEY LAW OFFICES
BY: _____
Jaya A. Shurtliff
Attorney for Plaintiff
215 Burnet Avenue
Syracuse, NY 13203
315-474-3742
315-471-1536 (fax)
jaya@stanleylawoffices.com